IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| YVETTE PENN,            )<br>                              )<br>            Plaintiff,      )<br>                              )<br>     v.                       )     No. 1:08cv620 (AJT/TRJ)<br>                              )<br>THE AEROSPACE CORPORATION, )<br>                              )<br>            Defendant.      )<br>_____) | |

## **ORDER**

Upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 34), the memoranda and exhibits filed in support thereof, the oppositions and exhibits in response thereto, the oral argument of counsel held in open court on January 23, 2009, and for the reasons stated in open court and in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment be, and the same hereby is, GRANTED, and this action be, and the same hereby is, DISMISSED with prejudice.

The Clerk is directed to enter judgment in favor of defendant pursuant to Fed. R. Civ. P. 58 and forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

This Order is final.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 6, 2009